THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB J. SEIDENSTEIN, Appellant.— Judgment of the County Court of Nassau county convicting defendant of manslaughter in the first degree, and orders, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GEORGE STODDARD, JR., Respondent.— Order of the County Court of Richmond county dismissing an indictment for perjury in the first degree reversed on the law, motion denied, and the indictment reinstated on authority of People v. Malavassi (ante, p. 784), decided herewith. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. S. W. STRAUS & CO., INCORPORATED, S. W. STRAUS & CO., SAMUEL J. TILDEN STRAUS, NICHOLAS ROBERTS, HARRY R. AMOTT, WILLIAM R. GILLESPIE, JOHN J. LAUN and JOHN S. REITENBAUGH, Defendants. In the Matter of the Application of LOUIS F. SCHULTZE, as Permanent Receiver of S. W. STRAUS & CO., INCORPORATED, for the Appointment of a Referee to Consider Claims of Alleged Creditors. 565 FIFTH AVENUE CORPORATION, a Creditor, Appellant; LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & CO., INCORPORATED, Respondent.—Appellant, 565 Fifth Avenue Corporation, a creditor of S. W. Straus & Co., Inc., a New York corporation, filed its claim with the permanent receiver of S. W. Straus & Co., Inc. The claim was allowed, but upon condition that all fees, charges and expenses of any nature against the bondholders of that issue, or the corporation, shall, before payment or distribution, be submitted to and approved by this court or by a justice of the Supreme Court in New York county. The 565 Fifth Avenue Corporation was a creditor of the S. W. Straus & Co., Inc. There being no dispute as to the validity of its claim, the court had no jurisdiction over it, except to allow or disallow its claim, and if allowed, subject to any set-off or counterclaim that may be properly asserted by the receiver. Order modified by striking therefrom the condition, and by substituting the words " subject to any set-off or counterclaim that may be properly asserted by the receiver," and as so modified affirmed, in so far as an appeal is taken therefrom, without costs. Lazansky, P. J., Young and Hagarty, JJ., concur; Davis and Johnston, JJ., vote to affirm without modification. [158 Misc. 222.]

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. S. W. STRAUS & CO., INCORPORATED, Defendant. In the Matter of the Application of LOUIS F. SCHULTZE, as Permanent Receiver of S. W. STRAUS & CO., INCORPORATED, for the Appointment of a Referee to Consider Claims of Alleged Creditors, Respondent. Re Claim of DANIEL J. McGRATH, as Ancillary Executor of the Estate of JOHN P. WELDON, Deceased, Claim 414, Appellant. — Order denying claimant's application for priority and preference, and order confirming referee's report, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMALGAMATED PROPERTIES, INC., Respondent, v. GEORGE W. SUTTON, Assessor of the City of New Rochelle, and Others, Appellants.— Final order confirming report of official referee in a certiorari proceeding and reducing assessment unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.